UNITED STATES NORTHERN DISTRICT COURT
DISTRICT OF ILLINOIS

| | |
|---|---|
| Ms. Xing Yin, | ) |
| Application number: LIN*000821278 | ) |
| Plaintiff Pro Se | ) |
| | ) |
| V. | ) |
| | ) |
| *Michael Chertoff*, as Secretary of the Department | ) |
| of Homeland Security; | ) |
| *Emilio T Gonzales*, Director of U.S. Citizen and | ) |
| Immigration Services; | ) |
| **Gerard Heinauer, Director of USCIS Nebraska** | ` |
| **Service Center** | |
| *Robert S. Muller*, Director of Federal Bureau of | |
| Investigation | |
| **Michael B. Mukasey,** | |
| Attorney General of the United States | |
| | ) |
| | ) |
| **Defendants** | ) |
| | ) |
| | ) |

CIVIL ACTION
NO._____

08CV1463
JUDGE SHADUR
MAGISTRATE JUDGE MASON

PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT

NOW come the Plaintiff, Ms. Xing Yin, Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an N-400 Naturalization Application filed by the Plaintiff, Ms. Xing Yin. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to Plaintiff's detriment.

**PARTIES**

1

2. Plaintiff, Xing Yin, resides at 380 Stafford Ct, Lake Forest, IL 60045, USCIS Receipt Number: LIN*000821278, is the primary applicant of an N-400, Application for Naturalization, filed with the USCIS Nebraska Service Center on September 12, 2005.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T. Gonzalez is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant, Gerard Heinauer,  is the Director of the Nebraska Service Center of the USCIS, and this action is brought against him in his official capacity. Defendant, Gerard Heinauer, is generally charged with supervisory authority over all operations of the Nebraska Service Center. This center is the office of USCIS where the plaintiffs' applications have been pending since September 12, 2005.

6. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

7. Defendant Michael B. Mukasey is Attorney General of the United States, and this action is brought against him in his official capacity. Defendant Michael B. Mukasey is generally charged with the oversight of the Department of Justice, to which the Federal Bureau of Investigation reports. Additionally, the Attorney General has delegated authority to oversee and supervise certain limited functions of the USCIS, an agency within the Department of Homeland Security.

**JURISDICTION**

2

8. Jurisdiction in this case is proper under 8 U.S.C §1447(b) (jurisdiction over naturalization applications where there has been a delay of over 120 days after the naturalization interview), 28 USC §§ 1331 (federal question jurisdiction) and 1361 (mandamus to compel officer of the U.S. government to perform duty owed the plaintiff ), 5 USC §701 (the Administrative Procedures Act) et seq., and 28 USC §2201 (Declaratory Judgment Act) et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted her administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish her eligibility for naturalization.

## CAUSE OF ACTION

9. Plaintiff properly filed and applied for naturalization, pursuant to Section 245 of the Immigration & Naturalization Act on September 12, 2005. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

10. Plaintiff provided fingerprints on October 13, 2005 in response to a request from Defendant USCIS at Naperville, ILL. Attached hereto as Exhibit B of copy of the Notices for Fingerprint appointments.

11. Plaintiff went to interview on February 9, 2006 in response to a request from Defendant US in Chicago. She passed the interview and was told that "a decision cannot yet be made about your application pending name checking". Attached hereto as **Exhibit C,**

12. On August 22, 2006, Ms Xing Yin contacts Congressman Henry Hyde, 6th district, Illinois in his Addison office. On October 11, 2006, The Congressman's office were contacted by US Citizenship and Immigration services and stated that the application is delayed because the F.B.I background investigation has not yet been completed. Attached hereto as **Exhibit D.**

13. On June 22, 2007, Ms Xing Yin contact congressman Mar Steven Kirk, 10th district, Illinois in his Northbrook office. On June 27, 2007, USCIS Field Office Director Robber Blackwood replied back to congressman's office and stating that they were still conducting routine "security checks" on her case. Attached hereto as **Exhibit E**.

14. On January 9, 2008, Ms Xing Ying contact Defendants USCIS again to inquire on the status of her case. On January 11, 2008, Defendant USCIS replied to Mr. Xing Yin stating that they were still conducting routine "security check" on her case. Attached hereto as **Exhibit F**.

15. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

16. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get her case Adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

17. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff is entitled.

18. Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. §701 et. Seq, are unlawfully withholding or unreasonably delaying action on Plaintiffs' application, and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case.

19. The Defendants' failure to make a determination of Plaintiffs' application within the 120-day statutory period allows plaintiffs to bring this matter to Court for a hearing pursuant to 8 U.S.C §1447(b)

20. Plaintiffs desire a judicial determination of their naturalization application and a declaration that they are entitled to be naturalized as a citizen of the United States.

4

**INJURY TO PLAINTIFF**

21. The Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law. Specifically, Plaintiff has suffered and continues to suffer prejudice from the delay of her naturalization. She has been deprived of the substantial and unique rights and duties of U.S. citizenship, including the right to vote, the right to obtain a U.S. passport, the right to travel freely, and the right to receive certain governmental and non-governmental benefits, such as tuition assistance and scholarships.

**PRAYER**

22. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

 (a) Declare as unlawful the violation of Defendants of 8 U.S.C. §1447(b) in failing to make a determination on Plaintiff's naturalization application at the time of the initial examination for naturalization or within 120 days after the initial examination was conducted; and failing to notify Plaintiff that the application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission the citizenship.

 (b) Issue a writ in the nature of mandamus, pursuant to 28 U.S.C §1361 and 5 U.S.C §706(1), compelling Defendants to make a determination on Plaintiff's application for naturalization, to notify Plaintiff that his application has been granted or denied, if granted, of the procedures to be followed for the administer the oath of naturalization within 30 days of the issuance of such a writ.

 (c) Compel Defendants FBI complete the required name checks

 (d) Compel Defendants and those acting under them to perform their duty to properly process this case to a conclusion.

 (e) Awarding Plaintiff his costs associated with this action, in accordance with Equal Access to Justice Act; and

 (f) Granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

Xing Yin

Xing Yin
**PRO SE**
Address: 380 Stafford Ct, Lake
                Forest, IL 60045
Telephone 224-636-0373
Email: qa4958@yahoo.com

# Exhibit A

Filing Naturalization acknowledgement Document

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>September 19, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 077 857 066 |
| APPLICATION NUMBER<br>LIN*000821278 | RECEIVED DATE<br>September 12, 2005 | PRIORITY DATE<br>September 12, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

XING YIN
618 DAISY LN
ROSELLE IL 60172

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

ılıllıılllıılıl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:        March 16, 1968
Address Where You Live:   618 DAISY LN
                         ROSELLE IL 60172

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LIN$000771065

Form I-797C (Rev. 01/31/05) N

# Exhibit B

Notices For Fingerprint Appointments

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | NOTICE DATE<br>September 28, 2005 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | INS A#<br>A 077 857 066 |
| APPLICATION NUMBER<br>LIN*000821278 | RECEIVED DATE<br>September 12, 2005 | PRIORITY DATE<br>September 12, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

XING YIN
618 DAISY LN
ROSELLE IL 60172



։լիս||ս»»||հո|»|»|

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS NAPERVILLE<br>888 SOUTH ROUTE 59<br>#124<br>NAPERVILLE IL 60540 | 10/13/2005<br>01:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

---

### REQUEST FOR RESCHEDULING

LIFE ACT PROCESSING STAMP

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON OCT 13 2005

TENPRINTS QA REVIEW BY:
ON OCT 13 2005

INS NAPERVILLE
888 SOUTH ROUTE 59
#124
NAPERVILLE IL 60540

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



APPLICATION NUMBER
LIN*000821278

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

# Exhibit C

Letter for interview result and decision

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 77 857 066

On 2/9/06 , you were interviewed by USCIS officer Wyant

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ___X___ A decision cannot yet be made about your application. *Pending Security Check*

It is very Important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

U.S. Department of Homeland Security
*10 West Jackson Boulevard*
*Chicago, Illinois 60604*



**U.S. Citizenship
and Immigration
Services**

February 09, 2006

Dear Applicant:

Although we have completed the interview on your application, we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

We understand that you may be frustrated by this news. However, in order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there are any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to a denial of the application. USCIS does not share with applicants or their representative's information regarding the specific nature of the match or the nature or status of any investigation.

We remain committed to processing cases within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

Gerard Heinauer
Acting District Director

## Exhibit D

Contact with congressman in 6th district and USCIS response letter

**HENRY J. HYDE**
6TH DISTRICT, ILLINOIS

COMMITTEES:
**CHAIRMAN**
INTERNATIONAL RELATIONS
————
JUDICIARY

50 EAST OAK STREET
SUITE 200
ADDISON, IL 60101-2800
(630) 832-5950

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

August 22, 2006

Ms. Xing Yin
618 Daisy Lane
Roselle, Illinois  60172-2702

Dear Ms. Yin:

Thank you for requesting my assistance in your immigration case. Enclosed is a release form that the USCIS requires before they will provide us any information concerning your case. Please complete the form and briefly describe your situation. Return it to my Addison office at the address above and attach any documents **(such as receipts from the USCIS)** that pertain to your case.

As with any other documents pertaining to your immigration case, you should retain a copy of the release form for your records. If you have any questions, feel free to contact Brenda Ortman on my staff at (630) 832-5950.

Very truly yours,

Henry Hyde

HH:bb
Enclosure

HENRY J. HYDE
6TH DISTRICT, ILLINOIS

COMMITTEES:
**CHAIRMAN**
INTERNATIONAL RELATIONS
———
JUDICIARY

50 EAST OAK STREET
SUITE 200
ADDISON, IL 60101–2800
(630) 832–5950

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1306

October 11, 2006

Ms. Xing Yin
618 Daisy Lane
Roselle, Illinois  60172-2702

Dear Ms. Yin:

I am writing to give you a status report on your immigration case.  In response to our inquiries, we were contacted by US Citizenship and Immigration Services.  They told us that the processing of your application is delayed because the F.B.I. background investigation has not yet been completed.

We will keep your file open in our office.  As soon as we learn anything new, we will pass that information on to you.  In the meantime, if you hear from US Citizenship and Immigration Services directly, I would appreciate it if you would contact Brenda Ortman in my Addison office at (630)832-5950.

I look forward to providing anything new that I learn about your case.

Very truly yours,

Henry Hyde

HH:bb

HENRY J. HYDE
6TH DISTRICT, ILLINOIS

50 EAST OAK STREET
SUITE 200
ADDISON, IL 60101-2800
(630) 832-5950

COMMITTEES:

**CHAIRMAN**
INTERNATIONAL RELATIONS
———
JUDICIARY

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

October 24, 2006

Ms. Xing Yin
618 Daisy Lane
Roselle, Illinois  60172-2702

Dear Ms. Yin:

Enclosed is a copy of the letter that I sent on your behalf to the Federal Bureau Of Investigation.

Very truly yours,

Henry J. Hyde

HH:bb
Enclosure

50 EAST OAK STREET
SUITE 200
ADDISON, IL 60101-2800
(630) 832-5950

COMMITTEES:
**CHAIRMAN**
INTERNATIONAL RELATIONS

JUDICIARY

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306
October 24, 2006

COPY

Federal Bureau of Investigations
Congressional Affairs Office
**VIA FACSIMILE**

        In Re: NAME CHECK, STATUS
        Petitioner: Ms. Xing Yin
        Alien No.: A077 857 066
        Date of Birth: March 16, 1968

Dear Congressional Affairs Office:

My constituent, Ms. Xing Yin, has contacted my office and requested assistance.  USCIS has informed us that the application for immigration benefits is pending completion of the FBI name check.

I would be exceedingly grateful if you would provide me the status of Ms. Xing Yin's name check.  I thank you in advance for your cooperation and look forward to hearing from you.

                Very truly yours,

                *Henry J. Hyde*

                Henry J. Hyde

HJH:bb
cc: Mrs. Yin



The Honorable Henry Hyde
U.S. Representative
Attn: Brenda Ortman

October 11, 2006

A77-857-066 Xing Yin

Dear Congressman Hyde:

This is in response to your inquiry.  The United States Citizenship and
Immigration Services (USCIS) Chicago District Office is responding to your
inquiry regarding the status of your constituent, Xing Yin.  Our information
shows that the background investigation conducted by the Federal Bureau of
Investigations (FBI) for your constituent has not yet been completed.  We may
not proceed with the adjudication of the application or petition until the
FBI completes their process and our records are updated with the results. It
is uncertain the time-period it takes for the results to be electronically
submitted to USCIS and updated in our national records.

We understand that your constituent is frustrated by the progress of his/her
application.  In order to fulfill its mission to provide immigration benefits
and services to the public, USCIS must balance its obligations to the
individual applicant against its obligations to the public as a whole.  While
we strive to process applications timely and fairly, we must also ensure that
our policies and procedures will safeguard the public.  Consequently, we have
adopted background security check procedures that address a wide range of
possible risk factors, requiring various levels of scrutiny based on the type
of application under consideration.

Given the number of applications submitted and the significance of
immigration benefits, it is inevitable that some applications will require
more attention than others.  USCIS relies primarily on three background check
mechanisms:  the Interagency Border Inspection System
(IBIS) name check, the FBI fingerprint check, and the FBI name check. For the
vast majority of applicants, these mechanisms allow USCIS to quickly
determine whether there are any criminal or security related eligibility
issues.  In the remaining cases, often referred to as "pending," a match of
some kind has been identified and must be resolved before any decision can be
made on the petition or application.  USCIS does not share with applicants or
their representative's information regarding the specific nature of the match
or the nature or status of any investigation.

Please be assured that every case that is pending a background investigation
is checked weekly for results to keep the adjudication process ongoing and
timely. We are allowed to resubmit names pending over 90 days only if the
name does not appear in the FBI database after 90 days of submission.  If
requesting an expedite processing of the background investigation your
constituent must provide a written request with an explanation directed to
the District Director for consideration with supporting evidence.  The FBI
will only expedite the processing if your constituent is in the military, an
"age-out", diversity (DV) lottery winner meeting the deadline date or for
compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records.  Please be assured that every effort is being made to render a final decision in a timely manner.

We appreciate your patience and understanding.

## Exhibit E

Contact with congressman in 10th district and USCIS response letter

MARK STEVEN KIRK
10TH DISTRICT, ILLINOIS

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEES:
STATE, FOREIGN OPERATIONS, AND
RELATED AGENCIES
FINANCIAL SERVICES

SUBURBAN AGENDA
CHAIRMAN

CONGRESSIONAL
HUMAN RIGHTS CAUCUS

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1310

WASHINGTON OFFICE:
1030 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–4835
FAX: (202) 225–0837
www.house.gov/kirk

NORTHBROOK OFFICE:
707 SKOKIE BLVD, SUITE 350
NORTHBROOK, IL 60062
(847) 940–0202
FAX: (847) 940–7143

WAUKEGAN OFFICE:
20 SOUTH MARTIN LUTHER KING DRIVE
WAUKEGAN, IL 60085
(847) 662–0101
FAX: (847) 662–7519

June 29, 2007

Mr. Xing Yin
380 Stafford Ct.
Lincolnshire, Illinois 60045

Dear Mr. Yin:

Enclosed is a response from the Chicago District Office of Immigration Services. Regrettably, your FBI name check is still pending. Please call me at (847) 940-0202 if you have questions or need further assistance. I will keep your case on file.

Sincerely,

Mark Steven Kirk
Member of Congress

## McGrath, Eileen

| | |
|---|---|
| **From:** | ██████████████████████████ on behalf of CH - Congressman ████ [chi- |
| **Sent:** | Wednesday, June 27, 2007 3:24 PM |
| **To:** | McGrath, Eileen |
| **Subject:** | RE: Xing Yin A077857066 N-400/N-652 |
| **Attachments:** | image001.png |

The Honorable Mark Kirk
United States Congress
Attn: Eileen McGrath

This is in response to your inquiry dated June 26, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Xing Yin  A077857066. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director

---

**From:** McGrath, Eileen [mailto:]
**Sent:** Tuesday, June 26, 2007 12:05 PM
**To:** '██████████████████████'
**Subject:** Re: Xing Yin A077857066 N-400/N-652

Please note address:

380 Stafford Ct.
Lincolnshire, Il 60045

6/27/2007

# Exhibit F

Contact with USCIS and USCIS response letter



**U.S. Department of Homeland Security**
USCIS
101 West Congress Parkway
Chicago,IL 60605

**U.S. Citizenship
and Immigration
Services**

Friday, January 11, 2008

XING YIN
380 STAFFORD COURT
LAKE FOREST IL 60045

Dear Xing Yin:

On 01/09/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 09/12/2005 |
| **Receipt #:** | LIN*000821278 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A077857066 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services