# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Xing Yin
(Please print)

**STREET ADDRESS:** 380 Stafford CT

**CITY/STATE/ZIP:** Lake Forest, IL 60045

**PHONE NUMBER:** 224-636-0373

**CASE NUMBER:** 08CV1463
JUDGE SHADUR
MAGISTRATE JUDGE MASON

Signature: [signed]    Date: 3-12-08

KC FILED
MAR 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT