UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ms. Xing Yin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| Michael Chertoff, as Secretary of the | ) |
| Department of Homeland Security; Emilio T. | ) |
| Gonzales, Director of U.S. Citizen and | ) No. 08 C 1463 |
| Immigration Services; Gerard Heinauer, | ) |
| Director of USCIS Nebraska Service Center, | ) Judge Shadur |
| Robert S. Muller, Director of Federal Bureau | ) |
| of Investigation, Michael B. Mukasey, | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Jack Donatelli
JACK DONATELLI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
jack.donatelli@usdoj.gov