

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT            District of            ILLINOIS

Xing Yin Pro Se

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzales, Gerard Heinauer, Robert S. Muller, Michael B. Mukasey

CASE NUMBER:

**08CV1463**
**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Miachael Chertoff, Secretary
Department of Homeland Security
Office of General Counsel, USDHS
Washington, DC, 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Xing Yin   PRO SE
Stafford Ct, Lake Forest, IL 60045
Telephone 224-636-0373

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                    MAR 1 2 2008

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified Mail (Signature required)

**F I L E D**

MAR 2 4 2008  PH
Mar 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                 Signature of Server

                                         _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | H

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0710 0001 8930 7008
Status: Delivered

Your item was delivered at 7:45 AM on March 17, 2008 in WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA