

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN DISTRICT | District of | ILLINOIS |

Xing Yin Pro Se

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzales, Gerard
Heinauer, Robert S. Muller, Michael B. Mukasey

CASE NUMBER:

## 08CV1463
## JUDGE SHADUR
## MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Phone: (312) 353-5300

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Xing Yin   PRO SE
Stafford Ct, Lake Forest, IL 60045
Telephone 224-636-0373

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

MAR 1 2 2008

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Certified Mail (Signature reqiured)

F I L E D
Mar 24, 2008
MAR 2 4 2008   PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES
POSTAL SERVICE®**

Home | H

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0710 0001 8930 6995
Status: Arrival at Unit

Your item arrived at 8:04 AM on March 15, 2008 in CHICAGO, IL 60604. Information, if available, is updated every evening. Please check again later.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA