

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT    District of    ILLINOIS

Xing Yin Pro Se

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzales, Gerard Heinauer, Robert S. Muller, Michael B. Mukasey

CASE NUMBER:

08CV1463
JUDGE SHADUR
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Gerard Heinauer, Director
USCIS Nebraska Service Center
850 S. Street
Lincoln, NE 68508-1225

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Xing Yin   PRO SE
Stafford Ct, Lake Forest, IL 60045
Telephone 224-636-0373

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

(By) DEPUTY CLERK

DATE   MAR 12 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
　Certified Mail (Signature required)

FILED
Mar 24, 2008
MAR 2 4 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　*Date*　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | He

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: 7007 0710 0001 8930 6971
Status: Arrival at Unit

Your item arrived at 5:30 AM on March 18, 2008 in LINCOLN, NE 68501. Information, if available, is updated every evening. Please check again later.



( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   ( Go > )



Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA