

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT          District of          ILLINOIS

Xing Yin Pro Se

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzales, Gerard
Heinauer, Robert S. Muller, Michael B. Mukasey

CASE NUMBER:

08CV1463
JUDGE SHADUR
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Emilio T. Gonzalez,
Director of US Citizenship and Immigration Service
c/o Office of the General Counsel
USDHS, Washington, DC, 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Xing Yin   PRO SE
Stafford Ct, Lake Forest, IL 60045
Telephone 224-636-0373

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

MAR 1 2 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Certified Mail (Signature required)

**F I L E D**

MAR 2 4 2008  PH

Mar 24, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
      Date       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0001 8930 7022**
Status: **Delivered**

Your item was delivered at 7:45 AM on March 17, 2008 in WASHINGTON, DC 20526.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Date    FOIA

