

UNITED STATES NORTHERN DISTRICT COURT
DISTRICT OF ILLINOIS

| | |
|---|---|
| Ms. Xing Yin,<br>**Application number:** LIN*000821278<br>**Plaintiff Pro Se**<br><br>V.<br><br>*Michael Chertoff*, as Secretary of the Department of Homeland Security;<br>*Emilio T Gonzales*, Director of U.S. Citizen and Immigration Services;<br>**Gerard Heinauer**, Director of USCIS Nebraska Service Center<br>*Robert S. Muller*, Director of Federal Bureau of Investigation<br>**Michael B. Mukasey,**<br>Attorney General of the United States<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION
NO.08C 1463

F I L E D

MAR 2 4 2008  PH
Mar 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Certificates of Services

I, Xing Yin that on March 12, 2008, I served the summons and a copy of <u>COMPLAINT FOR MANDAMUS ACT TO COMPEL AGENCIES TO ADJUDICATE THE PLAINTIFFS' N-400 APPLICATION</u> under 1447(b), 28 U.S.C 1331U.S.C 1361, 5 U.S.C 551 on each person listed below addressed as follows by CERTIFICED MAIL with RETURN RECEIPT REQUESTED:

1. <u>Certified Mail # 7007 0710 0001 8930 6988</u>
   <u>Robert Muller III,</u>
   <u>Director of Federal Bureau of Investigation</u>
   <u>935 Pennsylvana Ave, NW</u>
   <u>Washington, DC 20535-0001</u>

2. Certified Mail # 7007 0710 0001 8930 7008

1

Michael Chertoff, Secretary
Department of Homeland Security
Office of General Counsel, USDHS
Washington, DC, 20528

3. Certified Mail # 7007 0710 0001 8930 6971
   Gerard Heinauer, Director
   USCIS Nebraska Service Center
   850 S. Street,
   Lincoln, NE 68508-1225

4. Certified Mail # 7007 0710 0001 8930 7022
   Emilio T. Gonzalez,
   Director of US Citizenship and Immigration Service
   c/o Office of the General Counsel
   USDHS, Washington, DC, 20528

5. Certified Mail # 7007 0710 0001 8930 6995
   United States Attorney's Office
   Northern District of Illinois, Eastern Division
   219 S. Dearborn St., 5th floor
   Chicago, IL 60604

I declare under penalty of perjury that the foregoing information is true and correct.

Dated:  3-18-2008

Xing Yin<br>
Plaintiff, PRO SE<br>
Xing Yin )<br>
Email:qa4958@yahoo.com